IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00919–EWN–CBS

B.D. II, LTD., a Colorado limited partnership,

    Plaintiff,

v.

EKM CORP.,

    Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Ty Anderson, Deputy Clerk

The Motion to Stay Proceedings (#11 - filed July 5, 2006) is DENIED for failure to comply with local rule 7.1A.

Dated: July 5, 2006